JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

COLE M. SPEIER,

     Plaintiff,

  v.

FEDERAL COMMUNICATIONS
COMMISSION et al,

     Defendants.

Case No. 2:26-cv-05320-SB-E

FINAL JUDGMENT

     For the reasons stated in the separate order of dismissal entered this date, it is ordered that Plaintiff Cole Speier's claims against Defendants are dismissed without prejudice.

     This is a final judgment.

Date: June 2, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge